# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1551
Lower Tribunal No. F01-6785

_____

**Alonso Valencia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Alonso Valencia, in proper person.

Katherine Fernandez Rundle, State Attorney, and Tim VanderGiesen, Assistant State Attorney, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.